USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
RENEE JONES,

Plaintiff,

-against-

RAILS INTERNATIONAL, LLC. et al.,

Defendants.
----------------------------------------------------------------X

**26-CV-5142 (DEH) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties' letters regarding Defendant's request to stay mediation. (ECF Nos. 22–24). However, as the parties have agreed to adjourn the mediation to a set date in December 2026, rather than indefinitely adjourn the mediation, the parties are directed to communicate with the mediation office regarding the scheduling in accordance with the Mediation Program Procedures.

However, insofar as Defendant demands that they have an opportunity to depose the Plaintiff ahead of the mediation, the Court reminds the parties of the discovery schedule set on September 18, 2026, where the Court ordered that no depositions are to occur until the Defendant's anticipated motion to compel arbitration is decided by the Court. (ECF No. 20). The parties are further encouraged to continue to meet and confer where disputes arise, in accordance with this Court's individual rules.

**SO ORDERED.**

DATED: New York, New York
October 19, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge